UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | |
| KIMBERLY MICHELLE MCGUIRE ) | Bankruptcy No. 19-80271-JJG-7A |
| STEVEN JOSEPH MCGUIRE ) | |
| Debtor(s) ) | |
| ) | |

TRUSTEE'S NOTICE OF POSSIBLE ASSETS
AND NOTICE OF ABANDONMENT OF PROPERTY

Lou Ann Marocco, Trustee, hereby notifies the Court that there are possible assets in this case, administration of which may result in a dividend to creditors. The Clerk is requested to issue a Notice of Last Day to File Claims pursuant to Federal Bankruptcy Rule 3002(c)(5).

Notice is hereby given that all scheduled assets will be abandoned from the estate, except for:

5th Third account ending in 8697
Federal & State Tax Refunds-2019
Preferential payments/voidable transfers
Employment bonus
Oil/Gas well , CASH
Possible cash on debtors' person date of filing.

Dated: August 27, 2019

Respectfully submitted,

*/s/* Lou Ann Marocco
Lou Ann Marocco, Trustee
P.O. Box 1206
Greenwood, IN  46142
Phone:  317-631-0145
Email:  trustee@maroccolawindy.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon the following either by first class U.S. Mail, postage prepaid, or electronic court filing this 27th day of August, 2019:

U.S. Trustee, ustpregion10.in.ecf@usdoj.gov

Gary Brock, garyrbrock@gmail.com

Kimberly Michelle Mcguire
Steven Joseph Mcguire
9227 E. Cox Rd.
Bicknell, IN 47512

                                                   /s/ Lou Ann Marocco
                                                   Lou Ann Marocco, Trustee
                                                   P.O. Box 1206
                                                   Greenwood, IN 46142
                                                   Phone: 317-631-0145
                                                   Email: trustee@maroccolawindy.com