UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
101 NW M.L. King Jr. Blvd., Rm. 352
Evansville, IN 47708

SF07043 (rev 10/2013)

In re:

**Steven Joseph McGuire**,
**Kimberly Michelle McGuire**,
      Debtors.

Case No. **19–80271–JJG–7A**

## NOTICE OF POSSIBLE ASSETS, ABANDONMENT, AND LAST DAY TO FILE CLAIMS

A Report of Possible Assets and Abandonment of Property was filed on August 27, 2019, by Trustee Lou Ann Marocco.

**NOTICE IS GIVEN** that all scheduled assets will be abandoned from the estate **except** 5th Third account ending in 8697; Federal & State Tax Refunds–2019; Preferential payments/voidable transfers; Employment bonus; Oil/Gas well, CASH; Possible cash on debtors' person date of filing. Any objection to the proposed abandonment of property must be filed with the Court by September 10, 2019. Objections should comply with S.D.Ind. B–9013–1(d) and must be served on the trustee. If no objections are filed, the abandonment of property becomes effective after September 10, 2019.

**NOTICE IS FURTHER GIVEN** that assets, not abandoned from the estate, may be used to pay a dividend to creditors. **Creditors must file a claim by November 25, 2019 in order to share in any distribution from the estate.** Instructions to obtain a proof a claim form or to file electronically can be found at www.insb.uscourts.gov/filing_claims.html. A proof of claim form can also be obtained from any bankruptcy clerk's office.

Dated: August 27, 2019

Kevin P. Dempsey
Clerk, U.S. Bankruptcy Court