# Notice Recipients

District/Off: 0756–2            User: admin              Date Created: 8/27/2019
Case: 19–80271–JJG–7A           Form ID: SF07043         Total: 16

**Recipients of Notice of Electronic Filing:**
ust     U.S. Trustee      ustpregion10.in.ecf@usdoj.gov
aty     Gary Brock        garyrbrock@gmail.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Steven Joseph McGuire        9227 E. Cox Rd.         Bicknell, IN 47512
jdb         Kimberly Michelle McGuire    9227 E. Cox Rd.         Bicknell, IN 47512
tr          Lou Ann Marocco              PO Box 1206             Greenwood, IN 46142
15298367    Capital One Bank             PO Box 6492             Carol Stream, IL 60197–6492
15298368    Capital One Card Services    PO Box 9600             Carol Stream, IL 60128–1960
15298369    Chase    Cardmember Service  PO Box 94014            Palatine, IL 60094–4014
15298370    John Frederick Gillespie     PO Box 70069            Louisville, KY 40270–0069
15298371    Kohls Payment Center         PO Box 2983             Milwaukee, WI 53201–2983
15298372    Lowes          PO Box 530914        Atlanta, GA 30353–0914
15298373    Midland Funding LLC          2365 Northside Dr.      Ste 300     San Diego, CA 92108
15298374    Prosper Daily Loan           PO Box 396081           San Francisco, CA 94139–6081
15298375    Regions Mortgage             PO Box 18001            Hattiesburg, MS 39404–8001
15298376    Synchrony Bank               PO Box 960098           Orlando, FL 32896–0098
15298377    Target Card Services         PO Box 660170           Dallas, TX 75266–0170

TOTAL: 14