FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 1

| Case No.: | 19-80271 | Trustee Name: | Lou Ann Marocco |
| --- | --- | --- | --- |
| Case Name: | MCGUIRE, KIMBERLY MICHELLE AND MCGUIRE, STEVEN JOSEPH | Date Filed (f) or Converted (c): | 05/02/2019 (f) |
| For the Period Ending: | 03/31/2020 | §341(a) Meeting Date: | 06/04/2019 |
| | | Claims Bar Date: | 11/25/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | 9227 E. Cox Rd. Bicknell IN 47512-0000 | $87,000.00 | $0.00 | OA | $0.00 | FA |
| 2 | Make: Chyrsler Model: T&C Year: 2011 Mileage: 150,000 | $6,776.00 | $0.00 | OA | $0.00 | FA |
| 3 | Make: Dodge Model: Ram Year: 2004 Mileage: 147,000 | $3,558.00 | $0.00 | OA | $0.00 | FA |
| 4 | Make: Pontiac Model: Gran Prix Year: 2000 Mileage: 220,000 Other Information: Does not run Needs extensive repairs | $500.00 | $0.00 | OA | $0.00 | FA |
| 5 | Make: Pontiace Model: Trans Am Year: 1979 Mileage: 180,000 Other Information: Not registered. Does not run. Needs extensive repairs | $1,000.00 | $0.00 | OA | $0.00 | FA |
| 6 | Household Goods | $2,000.00 | $0.00 | OA | $0.00 | FA |
| 7 | 4 TVs, 2 DVD players | $750.00 | $0.00 | OA | $0.00 | FA |
| 8 | Clothes | $200.00 | $0.00 | OA | $0.00 | FA |
| 9 | Wedding Rings | $500.00 | $0.00 | OA | $0.00 | FA |
| 10 | Checking 5th 3rd Bank | $598.00 | $0.00 | | $0.00 | FA |
| 11 | 5th Third account ending in 8697 (u) | $0.00 | $126.26 | | $0.00 | $126.26 |
| 12 | Federal & State Tax Refunds-2019 (u) | $0.00 | $1.00 | | $0.00 | $1.00 |
| 13 | Preferential payments/voidable transfers (u) | $0.00 | $1.00 | | $0.00 | $1.00 |
| 14 | employment bonus (u) | $0.00 | $1.00 | | $0.00 | $1.00 |
| 15 | Oil/Gas well (u) | $0.00 | $1.00 | | $0.00 | $1.00 |
| 16 | CASH-possible cash on debtors' person date of filing (u) | $0.00 | $1.00 | | $0.00 | $1.00 |

**TOTALS (Excluding unknown value)**                                                                                                                                                            **Gross Value of Remaining Asset**

$102,882.00                    $131.26                                                   $0.00                         $131.26

**Major Activities affecting case closing:**
04/16/2020     rev order granting app to employ counsel
03/30/2020     appearance filed by Joe Mulvey
03/30/2020     Filed app to employ counsel

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2

| Case No.: | 19-80271 | | Trustee Name: | Lou Ann Marocco |
| Case Name: | MCGUIRE, KIMBERLY MICHELLE AND MCGUIRE, STEVEN JOSEPH | | Date Filed (f) or Converted (c): | 05/02/2019 (f) |
| For the Period Ending: | 03/31/2020 | | §341(a) Meeting Date: | 06/04/2019 |
| | | | Claims Bar Date: | 11/25/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| | |
|---|---|
| 03/30/2020 | Filed Motion for Turnover. |
| 03/28/2020 | Drafted MTO |
| 03/28/2020 | Sent Joe Mulvey request for assistance |
| 02/19/2020 | Awaiting tax returns |
| 01/11/2020 | Reminder LTR to Debtor(s) to provide 2019 tax returns. |
| 11/14/2019 | e-sent tax intercept |
| 11/01/2019 | rev poc of Cap One |
| 09/25/2019 | rev poc of Chase |
| 08/27/2019 | Filed report of assets |
| 08/27/2019 | Sent counsel an email re info needed |

Initial Projected Date Of Final Report (TFR): 08/28/2020      Current Projected Date Of Final Report (TFR): 08/28/2020      /s/ LOU ANN MAROCCO
_____
LOU ANN MAROCCO