SO ORDERED: October 7, 2020.



Jeffrey J. Graham
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
## TERRE HAUTE DIVISION

IN RE: )
)
STEVEN JOSEPH MCGUIRE ) CASE NO. 19-80271-JJG-7A
KIMBERLY MICHELLE MCGUIRE )
)
DEBTORS. )

### ORDER GRANTING SECOND AMENDED MOTION FOR SALE BY AUCTION

Lou Ann Marocco, Trustee herein, having filed her *Second Amended Motion for Sale by Auction and Notice of Objection Deadline* (the "Motion") seeking authority to sell by auction the Debtors' .0012365200 interest in mineral rights and lease with PO&G Operating, LLC, property number: 327061, property name: Schroeder & Beard D1-36 HD, all in Knox County, Indiana (the "Asset"), and the Court, having considered said Motion, and it appearing therefrom that auction of the Asset is in the best interests of the Bankruptcy Estate, and no objections having been filed to the Motion, now finds that said Motion should be GRANTED. Accordingly, it is

ORDERED that the Motion of the Trustee be, and hereby is, GRANTED and that the Trustee is authorized to sell the Asset via auction, as set forth in the Motion.

###